UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 AUG 22 AM 8:52

| UNITED STATES OF AMERICA, | CASE NO. 13CR2732-DMS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ENRIQUE MEZA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/20/13

Barbara L. Major
U.S. Magistrate Judge